# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ALISON W. PRICE,

Appellant,

v.

ALEX LEDNER,

Appellee.

No. 2D2025-0199

_____

November 12, 2025

Appeal from the County Court for Sarasota County; MaryAnn Olson Uzabel, Judge.

Alison W. Price, pro se.

Alex Ledner, pro se.

PER CURIAM.

Affirmed.

VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.